UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN, ) | |
| ) | Case No. 08 C 6640 |
| Plaintiff, ) | |
| ) | Judge Dow |
| v. ) | |
| ) | Magistrate Judge Cole |
| VALENTINE & KEBARTAS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

NOW COME Plaintiff Nicholas Martin by and through his counsel, Warner Law Firm, LLC by Curtis C. Warner, and pursuant to the agreement of the parties and FED. R. CIV. P. 41(a)(1)(A)(i) dismisses this matter with prejudice.

          Respectfully submitted,

          s/ Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601

## **CERTIFICATE OF SERVICE**

I, Curtis C. Warner, certify that on December 12, 2008, I caused to be filed the Notice of Dismissal electronically using the Court's CM/ECF system, which will automatically send notice to those parties who have appeared and are so registered and sent the same via e-mail to:

Patrick B. Gough
Valentine & Kebartas, Inc..
2701 Hastings Road
Chatham, IL, 62629
PBGOUGH@aol.com

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner    cwarner@warnerlawllc.com
WARNER LAW FIRM, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)